NOT FOR PUBLICATION

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| INNOVATIVE SPORTS MANAGEMENT, INC. d/b/a INTEGRATED SPORTS MEDIA, <br><br> Plaintiff, <br><br> v. <br><br> CEDH LLC d/b/a MONCHY'S COLOMBIAN GRILL; HUGO O LADINO CARDONA, et al., <br><br> Defendants. | No. 22cv6593 (EP) (MH) <br><br> **ORDER** |

Plaintiff having moved for default judgment, D.E. 18, and the Court having considered the motion and all related items on the docket, and having determined that oral argument is not needed,

**IT IS**, on this **5th** day of June, 2024, for the reasons set forth in the accompanying Opinion,

**ORDERED** that Plaintiff's motion for default judgment is **DENIED** *without prejudice*; and it is further

**ORDERED** that Plaintiff may, within 30 days, file a renewed motion for default judgment setting forth the basis of Plaintiff's claims. Failure to do so will result in dismissal *with prejudice*.

Evelyn Padin, U.S.D.J.